IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DUAMEL SANTIAGO RAMOS, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>AUTORIDAD DE ENERGIA ELECTRICA DE P.R., *et al.*,<br><br>**Defendants** | CIVIL NO. 11-1987 (JAG) |

MEMORANDUM & ORDER

GARCIA-GREGORY, D.J.

Before the Court is a Motion for Summary Judgment filed by Defendant Autoridad de Energia Electrica de Puerto Rico ("Defendant"). Docket No. 139. After considering Plaintiffs' objections, and a *de novo* review of the record and the parties' arguments, the Court determines that the Magistrate's Report & Recommendation is well grounded in both fact and law.

Plaintiff's Objections mostly repeated those arguments already raised in the Opposition to Defendant's Motion for Summary Judgment. These arguments were carefully evaluated and rejected by the Magistrate Judge. Therefore, the Court hereby ADOPTS in its entirety the Magistrate's Report & Recommendation for the reasons stated therein, Docket No. 165 and, accordingly, GRANTS Defendant's Motion for Summary Judgment. Docket No. 139.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of March, 2015.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge