IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DUAMEL SANTIAGO-RAMOS, *et al.*,<br><br>    **Plaintiffs,**<br>             v.<br><br>AUTORIDAD DE ENERGIA ELECTRICA<br>DE P.R., *et al.*,<br><br>    **Defendants.** | CIVIL NO. 11-1987 (JAG) |

## JUDGMENT

Pursuant to the Memorandum and Order entered on even date, Docket No. 172, Judgment is hereby entered dismissing Plaintiff's Complaint with prejudice. This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of March, 2015.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge
